381 A.2d 889

Cacciavillano v. Hess Oil & Chemical Co., Appellant.

Argued September 20, 1977. Donald K. Joseph, for appellant; Jay I. Bomze, with him Zarwin, Baum, Arangio & Ross, for appellee.

Order affirmed.

381 A.2d 889

Commonwealth, Appellant, v. Alexander.

Argued September 16, 1977. Robert F. Banks, First Assistant District Attorney, with him William S. Kieser, District Attorney, for Commonwealth, appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

PRICE, J., dissents.